Fill in this information to identify the case:

Debtor name: **Surge Transportation, Inc.**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anheuser Busch Transportation Log. Services PO Box 503018 Saint Louis, MO 63150 | | Claim for freight damages | Disputed | | | $150,000.00 |
| Apex Capital Corp PO Box 961029 Fort Worth, TX 76161 | | Purchase of accounts receivable | | | | $659,644.51 |
| CompassFundingSolutionsLLC 7531 S Ferdinand Ave Bridgeview, IL 60455 | | Purchase of accounts receivable | | | | $251,514.58 |
| Crestmark TPG LLC 800 Crescent Center Dr Franklin, TN 37067 | | Purchase of accounts receivable | | | | $133,657.91 |
| E2Open 915 E 32nd St. Suite B Holland, MI 49423 | | Purchase of accounts receivables | | | | $400,000.00 |
| Ecapital Freight Factoring Corp 5928 Pascal Court Carlsbad, CA 92008 | | Purchase of accounts receivable | | | | $229,743.54 |
| England Carrier Svcs Dba CR England PO Box 953086 St Louis, MO 63195 | | Purchase of accounts receivable | | | | $182,703.68 |
| Firstline Funding 1108 S Washington Ave Madison, SD 57042 | | Purchase of accounts receivable | | | | $203,544.65 |

Debtor  **Surge Transportation, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Love's Financial<br>PO Box 96-0479<br>Oklahoma City, OK 73196 | | Purchase of accounts receivable | | | | $167,314.99 |
| Next Day Funding<br>PO Box 640<br>Chicago Heights, IL 60412 | | Purchase of accounts receivable | | | | $105,546.85 |
| OTR Solutions<br>PO Box 1175760<br>Atlanta, GA 30368-7576 | | Purchase of accounts receivable | | | | $489,817.96 |
| Phoenix Capital Group<br>PO Box 1415<br>Des Moines, IA 50305 | | Purchase of accounts receivable | | | | $222,643.23 |
| Project44<br>222 W Merchandise Mart Plaza #1744<br>Chicago, IL 60654 | | License fees | | | | $110,000.00 |
| RTS Financial Serv Inc<br>PO Box 840267<br>Dallas, TX 75284 | | Purchase of accounts receivable | | | | $2,486,848.75 |
| Saint John Capital Corp<br>PO Box 6503<br>Carol Stream, IL 60197-6503 | | Purchase of accounts receivable | | | | $145,952.97 |
| TBS Factoring Serv<br>PO Box 210513<br>Kansas City, MO 73154 | | Purchase of accounts receivable | | | | $157,227.75 |
| Transam Financial Svcs<br>Dba TAFS<br>PO Box 872632<br>Kansas City, MO 64187 | | Purchase of accounts receivable | | | | $280,710.53 |
| Triumph Financial Svcs<br>PO Box 610028<br>Dallas, TX 75261 | | Purchase of accounts receivable | | | | $1,436,299.83 |
| Valoroo<br>9466 Black Mountain Rd #125<br>San Diego, CA 92126 | | Staffing services | | | | $173,500.00 |

Debtor **Surge Transportation, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wex Factoring LLC Dba Fleet One PO Box 94565 Cleveland, OH 44101 | | Purchase of accounts receivable | | | | $349,947.52 |