UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | |
|---|---|
| In re ) | |
| SURGE TRANSPORTATION, INC.,[1] ) | Case No.: 3:23-bk-1712-JAB |
| Debtor. ) | Chapter 11 |
| _____ ) | |

<u>**NOTICE OF PRELIMINARY HEARINGS**</u>

Please take notice that on **Tuesday, December 5, 2023,** beginning at **10:00 a.m.,** or as soon thereafter as counsel may be heard, Surge Transportation, Inc. ("Debtor") will call up for hearing and disposition, its Motion to Reject Executory Contract with Michigan-180 Property, LLC [Docket 267] and Motion to Reject Executory Contract with Logisyn Advisors, Inc. [Docket 269].

The hearing will be held before the Honorable Jacob A. Brown, United States Bankruptcy Judge, in Courtroom 4C, 4th Floor, Bryan Simpson United States Courthouse, 300, North Hogan Street, Jacksonville, Florida 32202. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom or telephone available at http://www.flmb.uscourts.gov/jacksonville/InPersonTrialNotice.pdf?id=3. If the Court permits appearance by Zoom, the Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by

---

[1] The Federal Employer Identification Number of the Debtor is 81-224742. The principal address of the Debtor is 7077 Bonneval Road, Suite 550, Jacksonville, Florida 32216.

telephone must arrange a telephonic appearance through Court Call (866-582-6878) by 5:00 p.m. the business day preceding the hearing.

The Court may continue this matter upon announcement made in open court without further notice.

Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

A photo ID is required for entry into the Courthouse. Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

THAMES | MARKEY

By /s/ Richard R. Thames
     Richard R. Thames

Florida Bar No. 0718426
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 Facsimile
rrt@thamesmarkey.law

- and -

HIRSCHLER FLEISCHER
1676 International Drive, Suite 1350
Tysons, Virginia 22102-4940
(703) 584.8900
(703) 584.8901 Facsimile

Attorneys for Surge Transportation, Inc.

## Certificate of Service

I hereby certify that on November 28, 2023, the foregoing was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case files ("CM/ECF") System, which will send a notice of electronic filing to all creditors and parties in interest who have consented to receiving electronic notices in this case. A copy of the foregoing was also furnished on November 28, 2023, by U.S. Mail, postage prepaid to the attached "Short List" of creditors and parties in interest and to the following:

Logisyn Advisors, Inc.
Attention: Jan H. Raymond, Managing Partner
Two Prudential Plaza, Suite 3500
Chicago, Illinois 60601

and

Logisyn Advisors, Inc.
c/o Northwest Registered Agent Service
2501 Chatham Rd., Suite N
Springfield, Illinois 62704

(Its Registered Agent)

Michigan-180 Property LLC,
c/o Marc Realty
Attention: Steve Luxenberg
55 E. Jackson Boulevard, Suite 500,
Chicago, Illinois 60604

and

Michigan-180 Property LLC,
c/o Steven Wold, Its Registered Agent
55 E. Jackson Boulevard, Suite 500,
Chicago, Illinois 60604

/s/ Richard R. Thames
———————————————
Attorney

Jill E. Kelso, Esq.
Office of the U.S. Trustee
400 W. Washington St., #1100
Orlando, FL 32801

JPMorgan Chase Bank, N.A.
Attn: Vice President
10 S. Dearborn
Mailcode IL-1-P001
Chicago, Illinois 60603-2300

Anheuser Bush Transportation Log Services
P.O. Box 503018
St. Louis, Missouri 63150

Crestmark TPG, LLC
800 Crescent Center Drive
Franklin, Tennessee 37067

England Carrier Services
d/b/a CR England
P.O. Box 953086
St. Louis, Missouri 63195

Next Day Funding
P.O. Box 640
Chicago Heights, Illinois 60412

Project44
222 W. Merchandise Mart Plaza #1744
Chicago, Illinois 60654

TBS Factoring Service
7740 NW 85th Terrace
Oklahoma City, Oklahoma 73132

Valoroo
Attn: Nick Schrock, CEO & Owner
9466 Black Mountain Road, #125
San Diego, California 92126

U.S. Securities & Exchange Commission
Office of Reorganization
950 E. Paces Ferry Rd., NE, Ste. 900
Atlanta, Georgia 30326-1382

Firstline Funding
1108 S. Washington Avenue
Madison, South Dakota 57042-3539

Bank of America
Attn: Vice President
900 W. Trade Street
Charlotte, North Carolina 28255

Apex Capital Corp.
P.O. Box 961029
Fort Worth, Texas 76161

E2Open/Bluejay Solutions, LLC
Attn: Greg Pittman, VP & Associate General Counsel
9600 Great Hills Trail, Suite 300E
Austin, Texas 78759

Firstline Funding Group
Attn: Lori Gustaf, President
Post Office Box 328
Madison, South Dakota 57042

OTR Solutions
P.O. Box 1175760
Atlanta, Georgia 30368-7576

RTS Financial Service, Inc.
P.O. Box 840267
Dallas, Texas 75284

Transam Financial Services
d/b/a TAFS
P.O. Box 872632
Kansas City, Missouri 64187

Wex Factoring, LLC
d/b/a Fleet One
P.O. Box 94565
Cleveland, Ohio 44101

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Citibank
Attn: Vice President
388 Greenwhich Street, 10th Floor
New York, New York 10013

Citibank Europe, PLC
Attn: Vice President
1 North Wall
Quay Dublin, DU / IRL

Compass Funding Solutions, LLC
Attn: Arleesia L. McDonald,
General Counsel, Legal Dept.
115 55th Street
Clarendon Hills, Illinois 60514

Ecapital Freight Factoring Corp.
5928 Pascal Court
Carlsbad, California 92008

Love's Solutions, LLC
Attn: John Akers,
Senior Group Manager
10601 N. Pennsylvania Street
Oklahoma City, Oklahoma 73120

Phoenix Capital Group
P.O, Box 1415
Des Moines, Iowa 50305

Saint John Capital Corp.
3 S. Prospect Avenue #1
Park Ridge, Illinois 60068

Abilene Motor Express, Inc.
c/o Setliff Law
4940 Dominion Boulevard
Glen Allen, Virginia 23060

E2Open
915 E. 32nd Street, Suite B
Holland, Michigan 49423-9123

U.S. Small Business Administration
7825 Baymeadows Way, Suite 100-B
Jacksonville, Florida 32256

[793176/1]

MDD d/b/a Denney Transport, Ltd.
5000 E. 74th Avenue
Commerce City, Colorado 80022

Apex Capital Corp.
Attn:  Pam Bates
301 Commerce, Suite 1000
Fort Worth, Texas 76102-4193

Advance Business Capital, LLC
c/o Jason Burnette, Esq.
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, Florida 32202

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, Alabama 35203

Illinois Department of Revenue
Post Office Box 19035
Springfield, Illinois 62794-9035

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, Florida 32399-0100

Compass Funding Solutions, LLC
7531 S. Ferdinand Avenue
Bridgeview, Illinois 60455-1211

Mark J. Wolfson, Esq.
Foley & Lardner, LLP
100 North Tampa Street, Suite 2700
Tampa, Florida 33602-5810

BIH Express, Inc.
Attn:  Adila Husic Okanovic
111 Kelly Court
Bowling Green, Kentucky 42101

[793176/1]